UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00158-D-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELVIS RAY DAVIS | **ORDER TO SEAL** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 87 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. 87 to counsel for all parties.

SO ORDERED.

This the **3** day of January, 2018.

_____
Honorable James C. Dever, III
Chief United States District Judge